15

KSC

JAN 3 0 2020

CHARLES R. DIARD, JR.
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

FILED IN OPEN COURT

DEC 30 2019

CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM NO. 20-00017-JB |
| | * | USAO NO: 19R00554 |
| v. | * | |
| | * | VIOLATIONS: 18 USC § 2252A(a)(2) |
| ZACHARY NICHOLAS WOOD | * | 18 USC § 2252A(a)(5)(B) |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE

On or about May 7, 2017, in the Southern District of Alabama, Southern Division, the defendant,

**ZACHARY NICHOLAS WOOD,**

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

### COUNT TWO

In or about April 2017, in the Southern District of Alabama, Southern Division, the defendant,

**ZACHARY NICHOLAS WOOD,**

did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and

1

foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

## COUNT THREE

On or about May 8, 2018, in the Southern District of Alabama, Southern Division, the defendant,

## ZACHARY NICHOLAS WOOD,

knowingly possessed material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor, which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2256(8)(A).

## FORFEITURE NOTICE

In accordance with Title 18, United States Code, Section 2253(a)(2), and premised upon the conviction of the defendant of one or more violations of Title 18, United States Code, Section 2252A, the defendant shall forfeit to the United States all property, real or personal, used or intended to be used to commit or promote the commission of such offenses, including all visual depictions the production of which involved minors engaged in sexually explicit conduct and any real or personal property used or intended to be used to commit the acts in this indictment, including, but not limited to the following:

An HP Elite X2 Tablet Computer, device ID FDC64CF2-5947-4B69-BE76-

AFB1E1C48606;

 An iPhone 6 Model A1522, serial number FCDQN48865QF;

 An iPad Mini Model A1432, serial number F9GNFLBCFP84; and

 A Western Digital Passport 1TB External Hard Drive, serial number WX91A85LX1U8.

 All pursuant to Title 18, United States Code, Section 2253(a)(2) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

RICHARD W. MOORE
UNITED STATES ATTORNEY

By:

_____
KACEY CHAPPELEAR
Assistant U.S. Attorney

_____
SEAN P. COSTELLO
Assistant U.S. Attorney
Chief, Criminal Division

JANUARY 2020