*15*

# PENALTY PAGE

| | |
|---|---|
| **CASE STYLE:** | UNITED STATES V. ZACHARY NICHOLAS WOOD |
| **DEFENDANT:** | ZACHARY NICHOLAS WOOD (ALL COUNTS) |
| **USAO NO:** | 19R00554 |
| **AUSA:** | KACEY CHAPPELEAR |

**CODE VIOLATIONS:**

| | |
|---|---|
| **COUNT 1:** | 18 USC § 2252A(a)(2), Distribution of Child Pornography |
| **COUNT 2:** | 18 USC § 2252A(a)(2), Receipt of Child Pornography |
| **COUNT 3:** | 18 USC § 2252A(a)(5)(B), Possession of Child Pornography |

**PENALTIES:**

| | |
|---|---|
| **COUNTS 1-2:** | 5 yrs-20 yrs/$250,000/5 yrs to Life SRT/$100 SA/$5000 SA (15 yrs-40 yrs imprisonment if prior qualifying conviction) |
| **COUNT 3:** | 20 yrs/$250,000/5 yrs to Life SRT/$100 SA/$5000 SA |

**FORFEITURE NOTICE**