**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Criminal No. 20CR00017-JB** |
| | * | |
| **ZACHARY NICHOLAS WOOD** | * | |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to Title 18, United States Code, Section 3142(e) and (f).

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because this case involved:

   A.  <u> X </u>   Crime of Violence (18 U.S.C. § 3156);

   B.  <u>   </u>   This is an offense for which the maximum sentence is life imprisonment or death;

   C.  <u>   </u>   This is a drug offense for which a maximum term of imprisonment of ten years or more is prescribed;

   D.  <u>   </u>   The above-named defendant(s) has committed a felony after having been convicted of two or more prior offenses described in paragraphs A through C, or two or more state or local offenses that would have been offenses described in paragraphs A through C if a circumstance giving rise to Federal jurisdiction had existed;

   E.  <u>   </u>   Any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of title 18, United States Code;

    F. __X__   There is a serious risk that the above-named defendant will flee;

    G. __X__   There is a serious risk that the above-named defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

  2. <u>Reason for Detention</u>.  The court should detain the defendant because there are no conditions or combination of conditions of release which will reasonably assure:

    A. __X__   The defendant's appearance as required; and/or

    B. __X__   The safety of any other person and/or the community.

  3. <u>Rebuttable Presumption</u>.  The United States <u>will</u> invoke the rebuttable presumption against the defendant pursuant to Title 18, United States Code, Section 3142(e).  If yes, the rebuttable presumption arises because:

    A. ____   There is probable cause to believe that the defendant committed a drug offense for which a maximum term of imprisonment of ten years or more is prescribed **or** <u>an offense under Title 18, United States Code, Section 924(c)</u>.

    B. ____   The defendant has been convicted of a Federal offense as described in Title 18, United States Code, Section 3142(f)(1), or of a state or local offense that would have been an offense described in the above section if a circumstance giving rise to Federal jurisdiction had existed; and

    C. ____   The defendant committed the offense described in paragraph B above while on release pending trial for a Federal, State, or local offense; and

  D. ___   A period of not more than five years has elapsed since the date of conviction for offense described in paragraph C above, or the release of the person from imprisonment, whichever is later.

  E. _X_   The defendant is alleged to have committed a crime concerning the exploitation of a child as referred to in Title 18, United States Code, Section 3142(e).

4. <u>Time for Detention Hearing</u>. The United States, by and through the undersigned Assistant United States Attorney, requests that this court conduct a detention hearing:

  A. ___   At first appearance; or

  B. _X_   After a continuance of __3__ days (not to exceed three days).

Dated this 6th day of July, 2020

          RICHARD W. MOORE
          UNITED STATES ATTORNEY
          by:

          */s/ Kacey S. Chappelear*
          Kacey S. Chappelear
          Assistant United States Attorney
          United States Attorney's Office
          63 S. Royal Street, Suite 600
          Mobile, Alabama 36602
          Telephone: (251) 441-5845

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 6, 2020, I filed the foregoing with the Clerk of the Court in open Court and using the CM/ECF system which will send notification of such filing to counsel for the defendant.

          */s/ Kacey S. Chappelear*
          Kacey S. Chappelear
          Assistant United States Attorney