# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | Case No.:  20-CR-00017-JB |
| ) | |
| ) | |
| ZACHARY NICHOLAS WOOD, ) | |
| ) | |

## NOTICE OF INSANITY DEFENSE PURSUANT TO FED. R. CRIM. P. 12.2

COMES NOW ZACHARY NICHOLAS WOOD, the Defendant in the above-styled cause, by and through counsel, Christopher D. Salter, and hereby files this notice of insanity defense pursuant to Fed R. Crim. P. 12.2.  As grounds in support thereof, counsel shows the following;

1. A Grand Jury for the Southern District of Alabama issued an indictment charging ZACHARY NICHOLAS WOOD with Count one - Distribution of Child Pornography, Count Two - Receipt of Child Pornography and Count Three - Possession of Child Pornography, allegedly occurring in April and May 2017, in violation of Title 18, U.S.C. Sections 2252A(a)(2) and (b), 2252A(a)(5)(B) and 2256(8)(A).

2. In discussion of the case with ZACHARY NICHOLAS WOOD, and his parents, counsel has learned ZACHARY NICHOLAS WOOD has had a history of psychological problems, as evidenced by prior medical and mental health records, said records having been received by counsel on behalf of ZACHARY NICHOLAS WOOD.  In light of this, counsel for the defense is in the process of engaging a clinical psychologist to determine his mental state at the time of the offense, as well as his present competency.  Counsel is still receiving ZACHARY NICHOLAS WOOD's medical/mental health records, which will need to be provided to the defense's clinical psychologist prior to

the performance of the psychological evaluation. Neither the process of receiving all requested records nor the psychological evaluation has yet been completed. However, so as to not run afoul of the Court's July 20, 2020, deadline for the filing of pretrial motions and notices, see Doc No. 10, counsel timely files this Notice at this time but will withdraw same if or when the entirety of ZACHARY NICHOLAS WOOD's records and/or the psychological evaluation do not support the defense of insanity at the time of the offense.

3. Defense counsel has communicated with counsel for the government, Kacey Chappelear, regarding same.

Respectfully Submitted,

/s/Christopher D. Salter            .
Christopher D. Salter (SAL020)
307 S. McKenzie St. Ste. 201
Post Office Box 938
Foley, AL 36535
(251) 747-9134 (telephone)
(888) 620-0703 (facsimile)

Atty for ZACHARY NICHOLAS WOOD

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a true and correct copy of the foregoing pleading on Kacey Chappelear, Assistant United States Attorney, by electronic delivery of this 20th day of July 2020.

/s/Christopher D. Salter            .
CHRISTOPHER D. SALTER